Priority
Send
Enter
Closed
JS-5/JS-6 ☒
JS-2/JS-3
Scan Only

| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | DAVID M. HUMISTON  Bar No. 90579 |
| 2 | david.humiston@sdma.com |
| | ROBERT C. BOHNER Bar No. 136641 |
| 3 | robert.bohner@sdma.com |
| | 801 South Figueroa Street, 19th Floor |
| 4 | Los Angeles, California 90017-5556 |
| | Telephone: (213) 426-6900 |
| 5 | Facsimile: (213) 426-6921 |
| 6 | Attorneys for Defendants |
| | UNITED HEALTHCARE and UNITED |
| 7 | HEALTHCARE INSURANCE COMPANY |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY GROSS, M.D.,

   Plaintiff,

   v.

UNITED HEALTHCARE, UNITED HEALTHCARE INSURANCE COMPANY,

   Defendants.

CASE NO. SACV08-00760 CJC (MLGx)

STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a) (1) ; ORDER THEREON.

IT IS HEREBY STIPULATED by and between the parties, through their respective, designated counsel, that the above-captioned action be and hereby is, dismissed with prejudice, pursuant to *Federal Rules of Civil Procedure,* Rule 41 (a) (1), each side to bear his or its own fees and costs.

DATED: October 19 2009      GIBSON & HUGHES

By: [signature]
Robert B. Gibson
Attorneys for Plaintiff
JEFFREY GROSS, M.D.

LA/934190v1

-1- CASE NO. SACV08-00760 CJC (MLGx)
STIPULATION OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| 1 DATED: October 22, 2009 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |

By: _____
David M. Humiston
Robert C. Bohner
Attorneys for Defendants
UNITED HEALTHCARE and UNITED
HEALTHCARE INSURANCE COMPANY

IT IS SO ORDERED

Dated  10/29/09

_____
United States District Judge

-2-  CASE NO. SACV08-00760 CJC (MLGx)
STIPULATION OF DISMISSAL WITH PREJUDICE

LA/934190v1